1028

No. 92-458. MORELAND v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 92-460. HONEY v. UNITED STATES. C. A. 8th Cir. Motion of petitioner to consolidate this case with No. 92-665, *Davis v. United States*, denied. Certiorari denied.

No. 92-487. CITY OF SEATTLE ET AL. v. ROBINSON ET UX., INDIVIDUALLY AND AS PARTNERS DBA COMPUTER SLIDE CO.; CITY OF SEATTLE ET AL. v. SINTRA, INC., ET AL.; and

No. 92-695. ROBINSON ET UX., INDIVIDUALLY AND AS PARTNERS DBA COMPUTER SLIDE CO. v. CITY OF SEATTLE ET AL.; and SINTRA, INC., ET AL. v. CITY OF SEATTLE ET AL. Sup. Ct. Wash. Motion of National League of Cities et al. for leave to file a brief as *amici curiae* in No. 92-487 granted. Certiorari denied. Reported below: 119 Wash. 2d 34, 830 P. 2d 318 (first cases); 119 Wash. 2d 1, 829 P. 2d 765 (second cases).

No. 92-668. ERWIN & ERWIN v. BREWER. C. A. 9th Cir. Motion of petitioner to strike denied. Certiorari denied.

No. 92-685. ROGERS v. TAFT, OHIO SECRETARY OF STATE, ET AL. Sup. Ct. Ohio. Motion of petitioner to substitute Isadore Blakeny as petitioner denied. Certiorari denied.

No. 92-686. COUNTY OF INYO ET AL. v. GUTIERREZ. Ct. App. Cal., 4th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92-760. SHANNON ET AL. v. UNITED SERVICES AUTOMOBILE ASSN. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92-6382. HARRISON v. DEPARTMENT OF LABOR. C. A. D. C. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.